■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD DEGREE, Appellant. [705 NYS2d 315] —Judgment unanimously affirmed. Memorandum: Supreme Court did not abuse its discretion in denying the request of defendant for an adjournment for the purpose of submitting a written motion to withdraw his guilty plea. The court offered defendant the opportunity to explain his reasons for seeking to withdraw his plea. Defendant asserted his innocence in a conclusory manner and stated that he pleaded guilty because he feared a greater sentence if convicted after trial; he offered no factual support for the assertion of innocence (*see, People v Robertson,* 255 AD2d 968, *lv denied* 92 NY2d 1053). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Pine, Wisner and Scudder, JJ.